1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6

7   HSBC BANK USA, NATIONAL                  Case No. 15-cv-02130-WHO
    ASSOCIATION,
8                                            **ORDER REGARDING BRIEFING ON**
               Plaintiff,                    **MOTION TO REMAND AND MOTION**
9                                            **TO DISMISS**
          v.
10                                           Re: Dkt. Nos. 4, 7
    KEYHAN MOHANNA,
11
               Defendant.
12

13       This order concerns the two motions currently pending in this case: plaintiff's motion to

14   remand and defendant's motion to dismiss.  Dkt. Nos. 4, 7.  Both motions are set for hearing on

15   July 16, 2015.  Dkt. No. 19.

16       The parties have not filed reply briefs in support of their respective motions, perhaps

17   because of some confusion resulting from the case being transferred from Magistrate Judge Corley

18   to this Court on June 3, 2015 and the hearing on the motions then being reset to July 16, 2015.[1]

19   Dkt. Nos. 16, 19.  In addition, although defendant appears to have filed an opposition to plaintiff's

20   motion to remand on June 11, 2015, that opposition was not posted on the docket until today.

21       For these reasons, the deadline for either party to file a reply brief is extended to July 8,

22   2015.  In its reply in support of its motion to remand, plaintiff shall include a discussion of

23   whether the "forum defendant rule," codified at 28 U.S.C. § 1441(b)(2), applies to this case, and

24   whether, in light of *Lively v. Wild Oats Markets, Inc.*, 456 F.3d 933 (9th Cir. 2006), that rule

25

26   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

27   [1] That said, I note that the Order Reassigning Case plainly instructed the parties that "[b]riefing
     schedules . . . remain unchanged."  Dkt. No. 16; *see also* Civil Local Rule 7-7(d) ("Effect on Time
     for Filing Opposition or Reply.  Unless otherwise ordered by the Court, the continuance of the
28   hearing of a motion does not extend the time for filing and serving the opposing papers or reply
     papers.").

1   would provide a proper basis for remand here despite plaintiff's failure to raise the rule in its

2   moving papers.

3       The hearing on the motion to remand and motion to dismiss remains set for July 16, 2015

4   at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco, California.

5       **IT IS SO ORDERED**.

6   Dated: July 1, 2015



7   _____

8   WILLIAM H. ORRICK
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2