UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYHAN MOHANNA,<br><br>    Defendant. | Case No. 15-cv-02130-WHO<br><br>**ORDER REQUESTING DECLARATION REGARDING THE MOHANNA TRUST** |

On May 11, 2015 defendant Keyhan Mohanna, acting individually and as trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003 (the "Mohanna Trust"), removed this action from the Superior Court of California for the County of San Francisco. Dkt. No. 1. Mohanna, again acting both individually and as trustee of the Mohanna Trust, then filed a motion to dismiss, Dkt. No. 4, and an opposition to defendant's motion to remand, Dkt. No. 20.

"Although a nonattorney may appear *in propria persona* in his own behalf, that privilege is personal to him. He has no authority to appear as an attorney for others than himself." *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (internal citations omitted).

To aid the Court in deciding the pending motions and in determining whether Mohanna may appear on behalf of the Mohanna Trust, Mohanna shall file a declaration on or before July 15, 2015 describing the Mohanna Trust. At a minimum, the declaration shall identify all settlors, beneficiaries, and trustees of the Mohanna Trust. This information is important in my analysis of whether the case should be remanded.

**IT IS SO ORDERED**.

Dated: July 10, 2015

_____
WILLIAM H. ORRICK
United States District Judge